UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AMSAL KEBEDE,

     Pro se Plaintiff,

 -against-

LARRY JOHNSON,

     Defendant.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2006 ★
BROOKLYN OFFICE
JUDGMENT
02-CV- 3315 (DLI)

  A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on September 8, 2006, granting defendant's motion for summary judgment in its entirety; and dismissing the complaint without costs to either party; it is

  ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion for summary judgment is granted in its entirety; and that the complaint is dismissed without costs to either party.

Dated: Brooklyn, New York
   September 12, 2006

                    ROBERT C. HEINEMANN
                    Clerk of Court